UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CR |
| | MDL No. 1699 (07-0473 CRB) |
| This Document Relates to: Averal G. Phillips as Executor of the Estate of Jessie Phillips vs. Pfizer Inc., et al., MDL No. 1699 | |

### PLAINTIFF'S RULE 41 VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41, Averal G. Phillips, as Executor of the Estate of Jessie Phillips ("Plaintiff") hereby stipulates to voluntarily dismiss his action against the Defendants without prejudice. The Plaintiff and Defendants ("Parties") agree to bear their own costs and expenses. All parties who have appeared in this action acknowledge their agreement hereto as evidenced by their signatures below. This Stipulation is effective upon filing with the Court and binding on all parties. **Should Plaintiff or a representative of Plaintiff attempt to refile their claims against Pfizer, Inc., they shall do so only by filing it in the United States District Court in which venue would be proper and without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. ' 1332.**

Presented by:

_____
Thomas G. Wilson (WV Bar 4087)
James F. Humphreys & Associates, L.C.
United Center-Suite 800
500 Virginia Street, East
Charleston, WV 25301
(304) 347-5050

Case 3:07-cv-00473-CRB   Document 12   Filed 08/09/07   Page 2 of 2

and


Inspected and agreed to by:

_____  7/27/07
Stuart M. Gordon
Gordon & Rees, LLP
Attorneys At Law
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111


IT IS SO ORDERED.

August __03__, 2007.

_____
Hon. C[...]
United [...]

