UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.    M:05-CV-01699-CRB |
| | MDL No.    1699 |
| This Document Relates to: | |
| Grady Bryant v.    No. 07-00473 Pfizer Inc., et al., MDL No. 1699 | |

## PLAINTIFF'S RULE 41 VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41, Grady Bryant (Plaintiff) hereby stipulates to voluntarily dismiss their action against the Defendants without prejudice. The Plaintiff and Defendants (Parties@) agree to bear their own costs and expenses. All parties who have appeared in this action acknowledge their agreement hereto as evidenced by their signatures below. This stipulation is effective upon filing with the court and binding on all parties. **Should Plaintiff or a representative of Plaintiff attempt to refile their claims against Pfizer, Inc., they shall do so only by filing it in the United States District Court in which venue would be proper and without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. ' 1332.**

Presented by:

Thomas G. Wilson (WV Bar 4087)
James F. Humphreys & Associates , L.C.
United Center - Suite 800
500 Virginia Street, East
Charleston, WV 25301
(304) 347-5050

1

Inspected and agreed to by:

Stuart M. Gordon, Esq.
Gordon & Rees, LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111

```
Dated:  August _22_ , 2007.

        IT IS SO ORDERED.
```

_____
Hon. Charles R. Breyer
USDC Judge



2