James F. Humphreys
Cindy J. Kiblinger
**James F. Humphreys & Associates, L.C.**
United Center, Suite 800
500 Virginia Street East
Charleston, WV 25301
Telephone: 866-804-3235
Facsimile: 304-347-5055
Attorneys for Plaintiffs

**FILED**

SEP 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 07-0473 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Russell D. Batten, Individually and as Personal Representative of the Estate of Kathleen Batten, Deceased, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Russell D. Batten, Individually and as Personal Representative of the Estate of Kathleen Batten, Deceased; Imogene Blair and Palmer David Blair, her Husband; Ramey Blair and Anita Blair, his Wife; Jessie Brewster and Opal W. Brewster, his Wife; Eva Brumfield and Charles E. Brumfield, her Husband; Vernon A. Call and Divinia Call, his Wife; Curtis Chambers; Richard Cooper and Linda Cooper, his Wife; David Dalton and Dollie Dalton, his Wife; Denward F. Estep and Linda J. Estep, his Wife; Bernie L. Ferrell and Kathy Ferrell, his Wife; Janice Fore and Bill Fore, her Husband; Vernice Fraley, Jr. and Deborah Fraley, his Wife;

-1-

R. Joyce Gilmore and James Gilmore, her Husband; Mike Guthrie and Carla J. Guthrie, his Wife; Johnny Johnson and Wilma Johnson, his Wife; Roy L. Ketterman and Kathy Christine Ketterman, his Wife; James C. Lester and Licia Lester, his Wife; Roscoe D. May and Mary Magdalene May, his Wife; Franklin D. Meadows and Linda Gaye Meadows, his Wife; Calvin C. Moss and Cathy Dawn Moss, his Wife; Doliver W. Queen and Linda J. Queen, his Wife; Charles E. Reich and Dae Anne Reich, his Wife; Sherman Patrick Riggs and Norma Fay Riggs, his Wife; Edward L. Shipley and Nancy Shipley, his Wife; James Paul Simpson and Rosie Simpson, his Wife; Ernest Skinner, Individually and as Personal Representative of the Estate of Carolyn Skinner, Deceased; Lewis J. Spence, Jr. and Violet Spence, his Wife; Emmons Stepp, Individually and as Personal Representative of the Estate of Eleanor Stepp, Deceased; George P. Torres and Barbara Torres, his Wife; Carrol A. Tramel; Nancy J. Wheatley; and Randall L. Windon and Doris Windon, his Wife, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 11/24, 2009       By: /s/ *Chester W. L.*
JAMES F. HUMPHREYS & ASSOCIATES, L.C.
United Center, Suite 800
500 Virginia Street East
Charleston, WV 25301
Telephone: 866-804-3235
Facsimile: 304-347-5055

*Attorneys for Plaintiffs*

DATED: Sept. 7, 2010    By: /s/ *Martin A.*

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42580726.1

1
2
3  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
4
5  Dated: 9-28-2010
6  _____
   Hon. Charles R. Breyer
7  United States District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PFZR/1035934/1132569v.1

EAST\42580726.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE